# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| AMBUR HALE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:18-CV-097-M |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE and | § | |
| JONATHAN EASTEP, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Defendants filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled. Accordingly, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **GRANTS in part and DENIES in part** the Motion for Summary Judgment filed by Defendants Texas Department of Criminal Justice (TDCJ) and Jonathan Eastep. ECF No. 38. The Court **DENIES** TDCJ's request for summary judgment as to Count A, "Harassment and Discrimination in Violation of Title VII," **GRANTS** TDCJ's request for summary judgment as to Count B, "Retaliation Under Title VII," and **GRANTS** Jonathan Eastep's request for summary judgment as to Count C, "1983 Violation as to Defendant Eastep." Pursuant to Federal Rule of Civil Procedure 58, a separate judgment will issue as to Counts B and C.

**SO ORDERED**, this 8th day of January, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE