IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| AMBUR HALE, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 7:18-CV-097-M-BQ |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE and JONATHAN EASTEP, | § |
| Defendants. | § |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Count B of Plaintiff Ambur Hale's Amended Complaint against Defendant Texas Department of Criminal Justice and Count C of Plaintiff's Amended Complaint against Defendant Jonathan Eastep are dismissed with prejudice.

**SO ORDERED**, this 8th day of January, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE